# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 10-1115 CAS (MRW) | Date | July 13, 2011 |
|---|---|---|---|
| Title | Arredondo v. Sandor | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER RE: PHONE RECORDS

     In his state habeas submissions, Petitioner made an extended argument regarding the cell phone billing records for Petitioner, his brother, and one of the victims of the offense. (Lodgment # 10 at 19-21.) Petitioner repeated aspects of that argument in his reply papers in this federal habeas action. (Docket # 20 at 2.) The Court closely reviewed the documents lodged in this case and the reply memorandum; it has not discovered the records discussed in those filings. It appears that Respondent did not submit all of Petitioner's voluminous exhibits to his state court habeas petitions.

     If Petitioner wishes the Court to consider this issue, Petitioner may file a brief of no more than 10 pages explaining the alleged significance of the cell phone records to this case. The brief may be supplemented with <u>relevant</u> excerpts (not wholesale, bulk submissions) from the billing records. Petitioner is reminded that the Court is prohibited from considering any material that was not previously presented to the state court. See <u>Cullen v. Pinholster</u>, ___ U.S. ___, 131 S. Ct. 1388 (2011). Petitioner's submission shall be filed by or before <u>August 10, 2011</u>. If Petitioner chooses not to make such a filing, he shall inform the Court of that decision.

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vm |