1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

JOSEPH MARIO ARREDONDO, Jr.,

                Petitioner,

        vs.

GARY SANDOR, Warden,

                Respondent.

_____

13

14

15

16

Case No. ED CV 10-1115 CAS (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

     Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

25

26

27

28

DATE:  November 3, 2011

_____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE