UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARIO ARREDONDO, Jr., | Case No. ED CV 10-1115 (MRW) |
| Petitioner, | JUDGMENT |
| vs. | |
| GARY SANDOR, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: November 3, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE